ACCEPTED
02-18-00109-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
5/25/2018 4:24 PM
DEBRA SPISAK
CLERK

## IN THE COURT OF APPEALS

## SECOND JUDICIAL DISTRICT OF TEXAS

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
5/25/2018 4:24:49 PM
DEBRA SPISAK
Clerk

## AT FORT WORTH

| | | |
|---|---|---|
| WILLIAM PAUL WEST, | § | |
| Appellant | § | |
| VS. | § | NO.  02-18-00109-CR |
| | § | |
| THE STATE OF TEXAS, | § | |
| Appellee | § | |

## FIRST MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, **William Paul West,** Appellant in the above entitled and numbered cause, by and through his attorney on appeal, **DAVID A. PEARSON, IV**, and files this motion for an extension of sixty (60) days in which to prepare and file Appellant's Brief.  In support of this motion the Appellant would show the following:

1. This cause is styled *William Paul West vs. State of Texas*, and is numbered CR16-0789 in the trial court and No. 02-18-00109-CR in the Court of Appeals-2nd District of Texas.

2. That Appellant's Brief in this cause is due to be filed in the Court of Appeals on or before 23 May 2018.

1| Motion for Extension

3. That this is Appellant's first request for an extension of time to file the Appellant's Brief.

4. That the Appellant hereby requests an extension of sixty (60) days, until 22 July 2018, to file the Appellant's Brief and as reasons therefore would further show the Court that the Attorney for Appellant does not have sufficient time to prepare Appellant's Brief on or before 23 May 2018.

5. Appellant is indigent, in custody, and counsel is court appointed.

6. Attorney for Appellant is a solo-practitioner, without assistance of associate counsel or legal assistants, and is preparing for the following cases:

Undersigned Counsel maintains a caseload devoted exclusively to criminal work that is heavily weighted in indigent criminal defense and that work requires Counsel to make court appearances daily.

-*Michael Wade Blue v. State,* 02-17-00265-CR, 02-17-00266-CR, 02-17-00267-CR, Second Court of Appeals, Fort Worth, TX, Arson (3), Brief due 4 June 2018.

-*State v. Jalon Gynn Moss*, Criminal District Court Number 4, Tarrant County, **Capital Murder**.

-*State v. Shawntavius Dejuan Freeman*, Criminal District Court Number 4, Tarrant County, Attempted Capital Murder, Aggravated Robbery (11 counts), **jury trial June 4, 2018**.

-*State v. Javier Vazquezmartinez*, 371st District Court, Tarrant County, **Murder, jury trial set June 22, 2018**.

-*State v. Cameron Ohara*, 43rd District Court, Parker County, Aggravated Sexual Assault Child, Indecency with Child Sexual Contact.

-*State v. David Michael McAllister*, 271st District Court, Wise County, Assault Family Member/Impede Breath/Circulation.

-*State v. William James Harris*, Criminal District Court Number 4, Tarrant County, **Capital Murder**.

-*State v. Kristin Minor*, 432nd District Court, Tarrant County, **Capital Murder**.

-*State v. Taborous Claytonbrown*, 432nd District Court, Tarrant County, **Capital Murder**.

-*State v. Quentez Brown*, Criminal District Court Number 3, Tarrant County, Aggravated Robbery.

-*State v. Lori Frances Mendenhall*, 396th District Court, Tarrant County, Aggravated Assault-Deadly Weapon.

-*State v. Deion Anderson*, 371st District Court, Tarrant County, Aggravated Assault-Deadly Weapon (2).

-*State v. Brian Andrew Sherrouse*, 271st District Court, Wise County, Injury to Child/SBI/Mental.

-*State v. Acey Allen Davis*, 271st District Court, Wise County, Aggravated Assault-Deadly Weapon.

-*State v. Ernestina Vasquez*, 271st District Court, Jack County, Sexual Performance by Child (4).

-*State v. Brooke Lauren Reed*, 29th District Court, Palo Pinto County, Injury to Child-Serious Bodily Injury.

-*State v. Daniel Vance Cashion*, 372nd District Court, Tarrant County, Sex Offender Duty to Register.

-*State v. Steven Moreno Ballijos*, 432nd District Court, Tarrant County, Sex Offender Duty to Register, Assault Family Member w/ Previous Conviction.

Undersigned Counsel has devoted numerous out-of-court hours to prepare the above-referenced cases for trial. **In most of the above-referenced cases Undersigned Counsel has logged numerous hours reviewing electronic recordings and digital media**.

7. During the last sixty days Attorney for Appellant has completed the following:

-*Jacob Ryan Damm v. State*, 02-16-00380-CR, appeal from Murder conviction, **Oral Argument held 6 March 2018**.

-*State of Texas v. Ronald Starkey*, 271st DC, Jack County, aggravated sexual assault, **jury trial April 16-19, 2018**.

-*State of Texas vs. Denise Marie Garcia*, 271st District Court, Wise County, Texas, **jury trial, May 7-8, 2018**.

-Undersigned Counsel was appointed on 1 February 2018 as lead counsel in a capital case, *State of Texas v. Shalen Gardner*, Criminal District Court Number Four and has in the past month expended extensive hours assembling mitigating evidence to persuade a decision by the State to waive the death penalty. Counsel is expected to meet with the Tarrant DA capital case committee in the early June 2018.

8. **<u>Personal matters</u>**. Undersigned Counsel was out of town May 18-19 to attend his niece's graduation from Texas Tech University. Undersigned Counsel traveled to the University of Texas at San Antonio, April 20-21, 2018, in order for his junior high school age son to compete in the UIL state Math/Science meet.

9. This motion is not filed for the purpose of delay, but rather so that there will be sufficient time for the work to be done in a proper manner and for the effective assistance of counsel.

WHEREFORE, PREMISES CONSIDERED, the Undersigned Counsel respectfully prays that this Honorable Court extend the time for filing Appellant's Brief in this cause until 22 July 2018.

Respectfully Submitted,

DAVID A. PEARSON, P.L.L.C.

By: /s/ David A. Pearson
David A. Pearson, IV
ATTORNEY FOR APPELLANT
8401 Jacksboro Highway, Ste. 307
Fort Worth, Texas 76135
(817) 625-8081
FAX: (817) 625-8038
Bar ID# 15690465
E-MAIL: david@lawbydap.com

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Extension of Time for Filing Appellant's Brief was e-served (DA@parkercountytx.com) to the Parker County District Attorney's Office, Hon. Edward Lewallen, Assistant District Attorney, on the 25th day of May 2018.

*/s/ David A. Pearson*
David A. Pearson, IV


## CERTIFICATE OF CONFERENCE

I certify that a conference was held with <u>Hon. Edward Lewallen</u>, Assistant District Attorney, Parker County, Texas, on the 22nd day of May 2018, and the State ~~DOES~~/DOES NOT oppose the Appellant's foregoing motion.

*/s/ David A. Pearson*
David A. Pearson, IV